UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-60241-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JOSE ESPINOZA PEREZ**,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 55]

THIS CAUSE came before the Court on Magistrate Judge Detra Shaw-Wilder's Report and Recommendation on Change of Plea, entered on January 22, 2026 [ECF No. 55].

THIS COURT has reviewed Judge Shaw-Wilder's Report and Recommendation and the pertinent portions of the record, including Defendant's and the Government's Notices of Non-Objection, filed on January 23, 2026 [ECF Nos. 57 and 58]. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 55]** is **AFFIRMED AND ADOPTED**. Defendant, Jose Espinoza Perez's, change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 23rd day of January, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Detra Shaw-Wilder